UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Richard Snyder, *et al.*          )
    *Plaintiffs*          )
                                            )
v.          )     Case No. 1:08cv01270 (GBL-TCB)
                                            )
Greenberg Traurig, LLP, *et al.*          )
    *Defendants*          )

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Richard and Catherine Snyder, by their undersigned counsel, hereby notice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), their voluntarily dismissal of this action, with prejudice, against defendants Larissa MacFarquhar, Advance Magazine Publishers Inc., and Conde Nast, Inc.

                                                Respectfully submitted,
                                                Richard Snyder and Catherine Snyder,
                                                By Counsel

_____/s/_____
Jonathan A. Nelson
Virginia bar number 75247
*Attorney for Richard and Catherine Snyder*
CUCCINELLI & DAY, PLLC
10560 Main Street, Suite 218
Fairfax, Virginia 22030
Phone: (703) 268-5600
Fax: (703) 268-5602
jnelson@cuccinelliday.com

Kenneth T. Cuccinelli, II
Virginia bar number 39490
*Attorney for Richard and Catherine Snyder*
CUCCINELLI & DAY, PLLC
10560 Main Street, Suite 218
Fairfax, Virginia 22030
Phone: (703) 268-5600
Fax: (703) 268-5602
ktc@cuccinelliday.com

**Certificate of Service**

I hereby certify that on this 7th day of May, 2009, I will electronically file the foregoing with the Clerk of Court using the Court's CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Kevin B. Bedell
>*Counsel for Defendant Diane Von Furstenberg Studio, L.P.*
>GREENBERG TRAURIG, LLP
>1750 Tysons Boulevard, Suite 1200
>McLean, Virginia 22102
>Phone: (703) 749-1339
>Fax: (703) 714-8339
>bedellk@gtlaw.com
>
>Thomas G. Connolly
>Jacinda Lanum
>HARRIS, WILTSHIRE & GRANNIS LLP
>*Counsel for Defendants Greenberg Traurig, LLP, Harley Lewin, Steven J. Wadyka, and Janet Hajek*
>1200 Eighteenth Street, N.W., Suite 1200
>Washington, D.C. 20036
>Telephone: (202) 730-1300
>Facsimile: (202) 730-1301
>tconnolly@harriswiltshire.com
>jlanum@harriswiltshire.com
>
>Lee Levine
>John B. O'Keefe
>*Counsel for Defendants Larissa MacFarquhar and Advance Magazine Publishers, Inc., and Conde Nast, Inc.*
>LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
>1050 17th Street, N.W., Suite 800
>Washington, DC 20036-5514
>Telephone: (202) 508-1100
>Facsimile: (202) 861-9888
>Email: jokeefe@lskslaw.com

       _____/s/_____
Jonathan A. Nelson
Virginia bar number 75247
*Attorney for Richard and Catherine Snyder*
CUCCINELLI & DAY, PLLC
10560 Main Street, Suite 218
Fairfax, Virginia 22030
Phone: (703) 268-5600
Fax: (703) 268-5602
jnelson@cuccinelliday.com