UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| Richard Snyder, *et al.* | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No. 1:08cv01270 (GBL-TCB) |
| | ) | |
| Greenberg Traurig, LLP, *et al.* | ) | |
| Defendants | ) | |

## CONSENT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Richard and Catherine Snyder, by their undersigned counsel, hereby

move this Court, pursuant to Fed.R.Civ.P. 15(a), to enter a voluntary dismissal of Counts

VII and VIII of the First Amended Complaint with prejudice, on the grounds that

Defendants MacFarquhar, Advance Magazine Publishers, Inc., and Conde Nast, Inc. are

no longer parties to this matter and that any other defendant to these counts has agreed to

this partial dismissal, as evidenced by their endorsement on the consent order which has

been submitted in paper form to this Court.

Respectfully submitted,
Richard Snyder and Catherine Snyder,
By Counsel

_____/s/_____
Jonathan A. Nelson
Virginia bar number 75247
*Attorney for Richard and Catherine Snyder*
CUCCINELLI & DAY, PLLC
10560 Main Street, Suite 218
Fairfax, Virginia 22030
Phone: (703) 268-5600
Fax: (703) 268-5602
jnelson@cuccinelliday.com

Kenneth T. Cuccinelli, II
Virginia bar number 39490
*Attorney for Richard and Catherine Snyder*

CUCCINELLI & DAY, PLLC
10560 Main Street, Suite 218
Fairfax, Virginia 22030
Phone: (703) 268-5600
Fax: (703) 268-5602
ktc@cuccinelliday.com

### Certificate of Service

I hereby certify that on this 22nd day of May, 2009, I will electronically file the

foregoing with the Clerk of Court using the Court's CM/ECF system, which will then

send a notification of such filing (NEF) to the following:

Kevin B. Bedell
*Counsel for Defendant Diane*
*Von Furstenberg Studio, L.P.*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
Phone: (703) 749-1339
Fax: (703) 714-8339
bedellk@gtlaw.com

Thomas G. Connolly
Jacinda Lanum
HARRIS, WILTSHIRE & GRANNIS LLP
*Counsel for Defendants Greenberg Traurig, LLP, Harley Lewin, Steven J.*
*Wadyka, and Janet Hajek*
1200 Eighteenth Street, N.W., Suite 1200
Washington, D.C. 20036
Telephone: (202) 730-1300
Facsimile: (202) 730-1301
tconnolly@harriswiltshire.com
jlanum@harriswiltshire.com

Lee Levine
John B. O'Keefe
*Counsel for Defendants Larissa MacFarquhar and Advance Magazine*
*Publishers, Inc., and Conde Nast, Inc.*
LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 17th Street, N.W., Suite 800
Washington, DC 20036-5514

Telephone: (202) 508-1100
Facsimile: (202) 861-9888
Email: jokeefe@lskslaw.com


_____/s/_____
Jonathan A. Nelson
Virginia bar number 75247
*Attorney for Richard and Catherine Snyder*
CUCCINELLI & DAY, PLLC
10560 Main Street, Suite 218
Fairfax, Virginia 22030
Phone: (703) 268-5600
Fax: (703) 268-5602
jnelson@cuccinelliday.com