JURY

## U.S. District Court
### Eastern District of Virginia - (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01270-GBL-TCB
### Internal Use Only

*Minutes 10:46 – 11:14*
*6-5-09 (Rptr: Renecia Wilson)*

Snyder et al v. Greenberg Traurig, LLP et al
Assigned to: District Judge Gerald Bruce Lee
Referred to: Magistrate Judge Theresa Carroll Buchanan
Cause: 42:1983 Civil Rights (Personal Property)

Date Filed: 12/08/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Richard Snyder**

*Δs' motions to dismiss – heard and T.U.A.*

represented by **Kenneth Thomas Cuccinelli, II** ✓
Cuccinelli & Day PLLC
10560 Main St
Suite 218
Fairfax, VA 22030
(703) 268-5600
Fax: (703) 268-5602
Email: KTC@CuccinelliDay.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan A. Nelson**
Cuccinelli & Day PLLC
10560 Main St
Suite 218
Fairfax, VA 22030
703-268-5600
Fax: 703-268-5602
Email: jnelson@cuccinelliday.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Snyder**

represented by **Kenneth Thomas Cuccinelli, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan A. Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greenberg Traurig, LLP**

represented by ✓ **Thomas Gerard Connolly** w/
Wiltshire & Grannis LLP  *Charlie*
1200 18th Street NW  ✓ *Kinnet*
Suite 1200
Washington, DC 20036
(202) 730-1300

*Kevin Bedell for Diane Van Furstenberg Studio, L.P.*