UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
SEP 28 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Richard Snyder, *et al.* ) | |
|     *Plaintiffs* ) | |
| ) | |
| v. ) | Case No. 1:08cv01270 (GBL-TCB) |
| ) | |
| Greenberg Traurig, LLP, *et al.* ) | |
|     *Defendants* ) | |

## ORDER EXTENDING DATE OF TRIAL, DISCOVERY, AND RELATED DEADLINES

Upon consideration of plaintiffs' motion for an extension of time in this matter, it is hereby

ORDERED that the scheduling order is extended by three months, such that the following deadlines are now in effect:

The deadline for completion of discovery shall be February 12, 2010, extended from November 13, 2009.

The final pretrial conference shall be held February 19, 2010, extended from November 19, 2009.

All deadlines under any order of this Court in this matter which have not already passed and which are calculated from either of these events shall be calculated from the new deadline.

ENTERED, this 28th day of September, 2009,

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

WE ASK FOR THIS,


\_\_\_/s/_____
Jonathan A. Nelson
Kenneth T. Cuccinelli, II
*Counsel for Plaintiffs Richard and Catherine Snyder*
CUCCINELLI & DAY, PLLC
10560 Main Street, Suite 218
Fairfax, Virginia 22030
Phone: (703) 268-5600
Fax: (703) 268-5602
jnelson@cuccinelliday.com


SEEN AND _____:


_____
Kevin B. Bedell
*Counsel for Defendant Diane Von Furstenberg Studio, L.P.*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
Phone: (703) 749-1339
Fax: (703) 714-8339
bedellk@gtlaw.com


SEEN AND _____:


_____
Thomas G. Connolly
Jacinda Lanum
WILTSHIRE & GRANNIS LLP
*Counsel for Defendants Greenberg Traurig, LLP, Harley Lewin, Steven J. Wadyka, and Janet Hajek*
1200 Eighteenth Street, N.W., Suite 1200
Washington, D.C. 20036
Telephone: (202) 730-1300
Facsimile: (202) 730-1301
tconnolly@wiltshiregrannis.com
jlanum@wiltshiregrannis.com