IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Richard and Catherine Snyder,   )
                                   )
      Plaintiffs,        )
                                   )
          v.         )  Case No. 1:08-cv-1270 (GBL)
                                   )
Greenberg Traurig, LLP, *et al.*,  )
                                   )
      Defendants.        )

### FINAL JUDGMENT

THIS MATTER was before the Court on Defendant Diane Von Furstenberg Studio's ("DVF") Motion to Dismiss Plaintiffs' Complaint and Greenberg Traurig Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) and Request for Payment of Costs and a Stay of Proceedings Pursuant to Federal Rule of Civil Procedure 41(d). In its Memorandum Opinion of October 9, 2009, the Court granted both Motions to Dismiss. Accordingly, it is hereby

ORDERED that JUDGMENT be and is ENTERED in favor of Defendants Diane Von Furstenberg Studio, L.P., Harley Lewin, Janet Shih Hajek, Steve Wadyka, and Greenberg Traurig, LLP.

The Clerk is DIRECTED to ENTER JUDGMENT pursuant to Fed. R. Civ. P. 58 and to forward a copy of this Order to counsel of record.

Entered this 28th day of October, 2009.

Alexandria, Virginia

/s/ *MB for Judge Lee*

Leonie M. Brinkema
United States District Judge