4cca-30   REV. 10/30/07          T R A N S M I T T A L   S H E E T
                                  (Notice of Appellate Action)

| | | |
|---|---|---|
| ____Notice of Filing<br>____Cross Appeal<br>____Interlocutory Appeal<br>____Additional NOA<br>✓ Amended NOA<br>____Transmittal of Record<br>____Transmittal of Certif.<br>____Supplement to ROA<br>____Supplemental Certif.<br>____Other | UNITED STATES DISTRICT COURT<br>for the<br>Eastern DISTRICT OF VA<br>at Alexandria<br>Caption:<br><br>Richard Snyder, et al.<br>-v-<br>Greenberg Traurig, LLP, et al. | District Court No.:<br>1:08cv1270<br><br>4CCA No.: 09-8044<br><br>Consolidated with No.:<br><br>Case Manager:<br>Alecia Dohnal |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed:<br><br><br>2. Amended NOA filed:<br>2/12/10 | 4. Fees<br>____USA no fee required<br>$5 filing fee:   ____paid   ____unpaid<br>$450 docket fee: ____paid   ____unpaid<br>Pauper status: ____granted ____denied ____pending in dist.ct.<br>Does PLRA Apply? ____Yes ____No  3-strikes? ___Yes ___No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge:<br>Gerald Bruce Lee | 5. Materials Under Seal in District Court: ___Yes ✓ No<br>Party Names Under Seal in District Court: ___Yes ✓ No |
| 6. Court Reporter(s)(list all):<br>Renecia Wilson<br><br>Coordinator:<br>Maria Hewitt | 7. Criminal/Prisoner Cases<br>____recalcitrant witness   Defendant's Address:<br>____on death row<br>____in custody<br>____on bond<br>____on probation |

**Part II**    TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
☐ ORIGINAL RECORD      ☐ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ☐ PRO SE: Automatically transmit assembled electronic record to 4CCA in pro se cases.<br>Does electronic record include all filings?<br>☐ YES  ☐ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____<br>_____<br>_____<br>_____<br>☐ COUNSELED: Available for transmittal<br>In-court hearing(s) held? ✓ YES  ___ NO<br>All transcript on file? ___ YES  ✓ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ☐ PRO SE: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____<br>_____<br>_____<br>_____<br>_____<br>☐ COUNSELED: Available for transmittal<br>In-court hearing(s) held? ___ YES  ___ NO<br>All transcript on file? ___ YES  ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk: Nora McKeough      Phone: (703) 299-2152      Date: 02/18/10